MARCH 19, 1940

**No. 43402.**—SUIT 4274.——*United States* v. *Strauss Import Corp.* C. D. 167 affirmed. C. A. D. 99.

**No. 43403.**—SUIT 4255.—
—*United States* v. *Gibson-Thomsen Co., Inc.* C. A. 117 affirmed. C. A. D. 98.